# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0058. SBORTE SHYDEQUIOUS T. CLAY v. V.T. MCRAE, JUDGE et al.**

Upon consideration of the APPELLANT'S RULE 40(C) PETITION FOR WRIT OF MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/17/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The petitioner is cautioned against filing future motions or pleadings in this Court that have no substantial basis in law. Court of Appeals Rule 7 (e) (2) permits this Court to levy penalties for frivolous appeals, applications, or motions against a party or his counsel (including pro se litigants pursuant to Rule 2 (d)) with a penalty of up to $10,000, and the penalty shall constitute a money judgment. Further, the Court will not tolerate discourteous or disparaging remarks regarding opposing counsel, any judge, or any court personnel. Such remarks are strictly forbidden pursuant to Rule 10. Applications, motions, and briefs containing such opprobrious language may be rejected. Finally, we feel that it is our duty to warn the petitioner that repeated frivolous or abusive litigation may result in his access to the courts being restricted. See *Smith v. Adamson*, 226 Ga. App. 698 (487 SE2d 386) (1997).